Otterbourg P.C.

230 Park Avenue
New York, NY 10169
otterbourg.com
212 661 9100

**Pauline McTernan**
**Member of the Firm**
**pmcternan@otterbourg.com**
**212 905 3637**

**MEMO ENDORSED**, pg. 2.

September 15, 2026

**VIA ECF**

Hon. Edgardo Ramos
U.S. District Judge
Thurgood Marshall US Courthouse
40 Foley Square, Ctrm 619
New York, NY 10007

**Re: Water for Commerce Fund Management, LLC v. Burlington Stores Inc., SVES LLC, et al. (Case No. 1:25-cv-02283-ER-RFT)**

Dear Judge Ramos:

We represent Plaintiff in this matter. Please accept this letter motion in follow-up to our letter motion of July 30, 2026 (Dkt. No. 57, the "July Letter Motion") and the Court's subsequent order of July 31, 2026 (Dkt. No. 58) directing Defendants to respond by August 5, 2026.

Despite the Court's order, Defendants did not file any response to the July Letter Motion on August 5, 2026 or anytime thereafter. Nor have Defendants communicated separately with Plaintiff, instead continuing their radio silence for what has now been over 2 ½ months (since June 26, 2026). As such, discovery in the action remains in a state of limbo.

In view of Defendants' continued noncompliance with discovery and failure to oppose (or even issue any response to) the relief requested in the July Letter Motion, Plaintiff respectfully submits that an informal discovery conference is unnecessary. Indeed, it is not clear that Defendants would even appear.

Accordingly, for the reasons set forth in the July Letter Motion, Plaintiff requests that the Court order Defendants to, by September 22, 2026: (i) produce to Plaintiff an executed Document Custodian Certification,[1] (ii) provide to Plaintiff in writing concrete dates of availability through October 16, 2026 for Defendants' Rule 30(b)(6) and fact witnesses Salomon Murciano and Timothy Fullum to sit for deposition, (iii) schedule a telephonic meet-and-confer with Plaintiff to occur on or before September 30, 2026 (including any required follow-up) to discuss the scheduling of additional party depositions and any non-party depositions, as well as a

[1] Terms capitalized but not defined herein have the meanings ascribed to them in the July Letter Motion.

Otterbourg P.C.



corresponding reasonable extension of the deadlines in the Stipulation and Amended Scheduling Order (Dkt. No. 56) to accommodate such scheduling,[2] and (iv) produce to Plaintiff Defendants' privilege log. If the Court should nevertheless determine that a conference is required, Plaintiff requests that such conference be conducted telephonically, considering Defendants' continued lack of responsiveness and the resources Plaintiff has already expended to enforce compliance with Defendants' discovery obligations.

Thank you for your consideration.

Respectfully submitted,

Pauline McTernan

cc: All Counsel of Record (via ECF)

A status conference will be held on October 7, 2026, at 10:30 a.m.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: 9/17/2026
New York, New York

[2] Plaintiff considers it unlikely that all needed depositions could be completed by October 16, given that such date is only weeks away and in light of upcoming Jewish holidays that may affect witness and/or counsel availability. Any proposed extension of the deadlines in the Stipulation and Amended Scheduling Order are subject to Court approval.